IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 30 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr92-DPJ-ASH

ANTHONY TERRELL  18 U.S.C. § 1001(a)(2)

The United States Attorney charges:

On or about May 30, 2023, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **ANTHONY TERRELL**, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation (FBI), a department or agency of the United States. Specifically, the defendant stated that the female at Jerrell Jackson's Advantage Apartment on or about November 30, 2017, was an adult, when in truth and fact, as defendant then knew, was a minor Jerrell Jackson deceived to video record the minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 1001(a)(2).

TODD W. GEE
United States Attorney